PROB 12B
(08/16)

July 30, 2026
pacts id: 8569651

## UNITED STATES DISTRICT COURT
### FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Ediberto Gurrola (English)          **Dkt. No.:** 23CR01793-002-DMS

**Name of Sentencing Judicial Officer:** The Honorable Dana M. Sabraw, U.S. District Judge

**Sentence:** 5 months' custody; 18 months' supervised release. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Revocation Sentence:** March 20, 2026

**Date Supervised Release Commenced:** June 18, 2026

**Prior Violation History:** Yes.  See prior court correspondence.

## PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

To Add:

Enroll in and successfully complete a residential drug treatment program as directed by the probation officer.

PROB12B
Name of Offender: Ediberto Gurrola                                  July 30, 2026
Docket No.: 23CR01793-002-DMS                                        Page 2

## CAUSE

On July 1, 2026, Mr. Gurrola submitted a urine specimen, which screened positive for cannabinoids. On July 7,2026, Mr. Gurrola submitted a urine specimen, which screened positive for cannabinoids and oxycodone. On July 15, 2026, the probation officer met with Mr. Gurrola regarding the positive drug test results. Mr. Gurrola voluntarily admitted to using marijuana on June 23,2026, which resulted in two separate positive results. Mr. Gurrola also admitted to taking oxycodone that was previously prescribed to him to deal with his back pain on or about July 7, 2026. He admitted he did not have a prescription for the medication for July 2026.

Mr. Gurrola accepted the need for him to remove himself from his current environment to successfully address and overcome his drug problem. It should be noted that Mr. Gurrola has been revoked on two previous terms of supervised release, both involved drug use and his refusal to address his needs. He was presented with a modification of his conditions to include a special condition for a residential drug treatment condition. Mr. Gurrola agreed to the proposed modification and signed the attached Probation Form 49 (Waiver of Hearing) for the Court's review.

Therefore, it is respectfully recommended that Mr. Gurrola's conditions of supervised release be modified to include a residential drug treatment as petitioned herein.

Respectfully submitted:                          Reviewed and approved:

by: _____              _____
Lillian Ramirez                                  Jennifer Avila
U.S. Probation Officer                           Supervisory U.S. Probation Officer
(760) 339-4212
Attachments:

## THE COURT ORDERS:

___X___    THE MODIFICATION OF CONDITIONS AS NOTED ABOVE

_____    OTHER _____

_____

_____              July 30, 2026
The Honorable Dana M. Sabraw                   Date          fg
U.S. District Judge